WILLIAM C. SCHERMERHORN, Respondent, *v* CHARLES DEVLIN, Appellant.

(Argued March 28, 1879; decided April 8, 1879.)

*John S. Cadwalader* for appellant.

*James M. Fisk* for respondent.

AGREE to affirm without opinion.
All concur, except MILLER, J., absent.
Judgment affirmed.